Cohn Lifland Pearlman
 Herrmann & Knopf, LLP
Park 80 Plaza West One
Saddle Brook, New Jersey 07663
Charles R. Cohen, Esq. (CC0573)
Telephone: (201) 845-9600
Attorneys for Defendant/Counterclaimant

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLORADO-ARKANSAS-TEXAS DISTRIBUTING, L.L.C., | **Civil Action** |
| Plaintiff, | **Docket No. 1:06-cv-01937-UA (RCC)** |
| vs. | |
| AMERICAN EAGLE FOOD PRODUCTS, INC., | **NOTICE OF MOTION** <br> **FOR SUMMARY JUDGMENT** |
| Defendant/Counterclaimant. | |

TO:    Richard E. Carmen, Esq.
       Brief Carmen & Kleiman, LLP
       805 Third Avenue, 11th Floor
       New York, NY 10022

**PLEASE TAKE NOTICE,** that Cohn Lifland Pearlman Herrmann & Knopf LLP,

attorneys for defendant/counterclaimant American Eagle Food Products, Inc., hereby moves

moves before the Honorable Richard Conway Casey, U.S.D.J. at the United States Courthouse for

the Eastern District of New York for the entry of an Order in the form submitted herewith,

granting Defendant/Counterclaimant's Motion for Summary Judgment pursuant to Rule 56 (c) of

the Federal Rules of Civil Procedure, and other relief as the Court deems just and proper in the

above-captioned action.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion,

Defendant/Counterclaimant shall rely on this Notice of Motion, Memorandum of Law in Support

of Defendant/Counterclaimaint's Motion for Summary Judgment, Statement of Material Facts,

and Certification of Eugene Sobeck and supporting exhibits submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that counsel for Defendant/Counterclaimant

hereby requests oral arguments at a date and time to be set by this Court.

Respectfully submitted,

COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
Attorneys for Defendant/Counterclaimant

By:_____

Dated: January 16, 2007

Charles R. Cohen
For the Firm


## CERTIFICATION OF SERVICE

I hereby certify that on this date, a true and complete copy of the within Notice of

Motion, Memorandum of Law in Support of Defendant/Counterclaimant's Motion for Summary

Judgment, Statement of Material Facts, Certification of Eugene Sobeck , with attached Exhibits,

were delivered via electronic mail, with a copy by regular mail, to Brief Carmen & Kleiman, LLP,

attorneys for Plaintiff.

Dated: January 16, 2007

Charles R. Cohen